LINCOLN TRUST COMPANY, Respondent, *v.* FERDINAND J. FULLAYTAR et al., Defendants, and NEUMONT REALTY CORPORATION, Respondent.

FORTY-FIFTH STREET REALTY COMPANY, Respondent; JAMES J. McCARREN, Appellant.

*Appeal — order of Appellate Division reversing order of Special Term which denied motion to set aside a judicial sale not a final order.*

*Lincoln Trust Co.* v. *Fullaytar*, 198 App. Div. 530, appeal dismissed.
(Argued January 9, 1922; decided January 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1921, which reversed an order of Special Term denying a motion to set aside a sale of premises directed to be sold pursuant to a judgment of foreclosure and sale.

*William J. Martin* and *Patrick J. Dobson* for appellant.

*Middleton S. Borland* and *Percy F. Griffin* for plaintiff, respondent.

*Joseph J. Corn, Louis Franklin Lee* and *Bernard· H. King* for Neumont Realty Corporation et al., respondents.

Appeal dismissed, with costs, on ground that the order appealed from is not a final order; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.